# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST AMENDED PLAN

DEBTOR: Malvelis Fernandez          JOINT DEBTOR: _____          CASE NO.: 13-10428-AJC

Last Four Digits of SS# __3267__          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $345.88 for months _1_ to _60_ ; n order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00 + Motion to Value $750.00=$ 4,400.00 TOTAL PAID $ 2,000.00
    Balance Due    $ 2,400.00 payable $ 160.00 /month (Months _1_ to _15_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Fifth Third Bank            Payoff on Petition Date $ 8,188.97 at 5.25% interest=$9,328.54
Address: 1830 East Paris S.E., MS #RSCB3E    Payment $151.29/month (Months _1_ to _15_)
   Grand Rapids, Michigan 49546      Payment $156.87 /month (Months _16_ to _60_)

Account No: XXXX0741

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America Loan No. XXXX9041 | Homestead: 5011 NW 188 Terrace Miami, FL 33055 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NONE _____ Total Due $ _____
    Payable   $_____/month (Months ___ to ___) Regular Payment $

Unsecured Creditors: Pay $154.42 /month (Months _16_ to _60_).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:    Debtor is paying Green Tree directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.                _____
Malvelis Fernandez                         Joint Debtor
Date: 1/31/2013                          Date: _____

LF-31 (rev. 01/08/10)